Ada Dill, Appellee, v. Absalom Patterson, Appellant.

Term No. 4,404.

Heard in this court at the May term, 1945; opinion filed July 7, 1945; released for publication August 7, 1945. Scerial Thompson, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE BRISTOW. Not to be published in full.